IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| ALLORA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | 1:08 CV 53 |
| | ) | |
| GLENN WRIGHT HOMES NC, LLC, | ) | |
| and GLENN WRIGHT CONSTRUCTION | ) | |
| and DEVELOPMENT, INC., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* (#02) of Wallace K. Lightsey of the law firm of Wyche, Burgess, Freeman & Parham, P.A., P. O. Box 728, Greenville, SC 29602, (864)242-8200, as counsel for the plaintiff in this matter filed on February 21, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Wallace K. Lightsey is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: February 23, 2008

_____
Dennis L. Howell
United States Magistrate Judge